78,218-01

CHRISONDATH BADALL

320 S. CHESTNUT ST.

LUFKIN, TEXAS, 75901

(03-30-15)

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

TEXAS COURT OF CRIMINAL APPEALS

P.O. BOX 12308

AUSTIN, TEXAS, 78711

RE: TRIAL COURT CAUSE NO.: CR-24,834-A:

Dear Hon. Clerk; (Greetings)

On August 18, 2012, I filed my Application for Writ of Habeas Corpus (11.07) with Memorandum in support of, into the 75th District Court of Liberty, County, Texas.

On June 11, 2013, the trial court conducted a LIVE evidentiary hearing, pursuant to C.C.P. art. 11.07, §3(d), and appointed me an attorney for this hearing, Mr. Stephen C. Taylor.

Mr. Taylor filed into the 75th District Court my proposed Findings of Fact and Conclusions of Law, and on September 13, 2013, the trial court adopted the State's Proposed Findings of Fact and Conclusions of Law, immediately transfering all pleadings, etc., to the Court of Criminal Appeals as required by 11.07, §3(d).

I was recently informed, for the first time, that my Application for Writ of Habeas Corpus had been DISMISSED for failure to comply with the filing requirements, etc.

Please provide me with a status report on this case, due to reason a mistake had to have occurred, whereas, my Application, etc., was properly filed into the 75th District Court.

Sincerely Thankful; (Please send response to above address)

Chrisondath Badall